# 656

Opinion filed October 9, 1931.

Charles M. Geringer, for appellant; James S. Wight, of counsel.
Charles S. Elias, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Maurice Klein, appellee, v. Guaranty Fire Insurance Company, appellant. Gen. No. 35,144.

Opinion filed October 9, 1931.

Hicks & Folonie, for appellant. No appearance for appellee.

Mr. Justice Kerner delivered the opinion of the court.

L. T. Ellis Company, appellee, v. John Heyl, appellant. Gen. No. 35,206.

Opinion filed October 9, 1931.

Samuel D. Rothman, for appellant. William S. Kleinman, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Lottie Meyer, appellee, v. G. L. Abbott, appellant. Gen. No. 35,267.

Opinion filed October 9, 1931.

Robert W. Besse and Gerald T. Wiley, for appellant. Spitz & Rooks, for appellee; Edward Blackman and Eli E. Fink, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

John W. Weccard, appellee, v. J. B. Dicus and Bertha Dicus, appellants. Gen. No. 35,290.

Opinion filed October 9, 1931.

Lowes & Lowes, for appellants. E. J. Batten, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

P. F. Cunningham, appellant, v. O. C. Junge, appellee. Gen. No. 34,703.

Opinion filed October 9, 1931.

Harper E. Osborn and J. Kent Greene, for appellant. Patrick L. McArdle, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Charles A. Hohmeier Lumber Company, defendant in error, v. Arthur B. Knight et al., plaintiffs in error. Gen. No. 34,790.

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Joseph B. Lawler and G. Donald Whitehouse, for plaintiffs in error. Roy J. Egan, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Sanitary Scale Company, appellant, v. Adolph Ryser et al., appellees. Gen. No. 34,828.

Opinion filed October 9, 1931.

Ralph Obenchain, for appellant; Clarence A. Samuel and Seymour Lewis, of counsel. Thomas J. Doyle, for appellees; Tage Joranson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Joseph Haars, a minor, by Joseph H. King, his next friend, defendant in error, v. White City Amusement Company, plaintiff in error. Gen. No. 34,860.

Opinion filed October 9, 1931.

Eugene P. Kealy and Murphy O. Tate, for plaintiff in error; Murphy O. Tate, of counsel. H. A. Barnhardt, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Grace Long, appellee, v. The Great Atlantic & Pacific Tea Company, appellant. Gen. No. 35,004.

Opinion filed October 9, 1931.

Ashcraft & Ashcraft, for appellant; Russell F. Locke, of counsel. Albert E. Icely and Jacob G. Grossberg, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.